## REYNOLDS, CARONIA, GIANELLI & LA PINTA, L.L.P.
ATTORNEYS AT LAW
35 ARKAY DRIVE • PO BOX 11177
HAUPPAUGE, NEW YORK 11788

631 231-1199
FAX: 631 231-1344

JAMES T. REYNOLDS
PETER R. CARONIA
PAUL GIANELLI
ANTHONY M. LA PINTA

CATHERINE E. MILLER
MICHAEL E. FEHRINGER
CHRISTOPHER B. ABBOTT

OF COUNSEL:

JOHN J.J. JONES
  JUSTICE, N.Y.S. SUPREME COURT (RET.)
MORTON WEISSMAN
  JUDGE, SUFFOLK COUNTY COURT (DEC.)
JOHN T. CATTERSON
CHRISTOPHER J. PURCELL

**FILED VIA ECF and FAX @ 718-613-2236**

December 9, 2011

The Honorable Brian Cogan
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  **United States v. Yun Zhou Zhang**
      CR 08-425 (BMC)

Dear Judge Cogan:

This letter will serve to confirm the adjournment of the sentencing of defendant Yun Zhou Zhang from December 16, 2011 at 11:45 a.m. to March 23, 2012 at 10:00 a.m.

This adjournment is necessary in order to conduct a meeting with the United States Attorney's Office and case agents to explore the facts and circumstances surrounding the defendant's arrest for two State misdemeanor charges. The outcome of this meeting will directly affect defendant's cooperation agreement and pending 5K.1 letter. I have conferenced this matter with AUSA Charles Kelly and he joins in this application.

Please contact my office if you are in need of further information to accommodate this request.

Very truly yours,

**ANTHONY M. LA PINTA**

AML/mm
cc:  AUSA Charles Kelly (via ECF)